# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

Six Star Holdings, LLC,
and Ferol, LLC

            v.                          Case No. 2:10-cv-893

City of Milwaukee

## UNOPPOSED MOTION TO REVISE PRETRIAL SCHEDULE

The Plaintiffs, by their Attorneys, the Jeff Scott Olson Law Firm, S. C. by Attorney Jeff Scott Olson, hereby request that the Court revise the pretrial schedule in this case by moving the deadline on which Plaintiffs' expert report is due from December 1, 2013 to December 16, 2013 and the deadline on which Defendant's expert report is due from March 1, 2014 to March 17, 2014. Counsel for the Plaintiff has been authorized by counsel for the Defendant to say that the Defendant has no objection to this request.

      Dated this 19th day of November, 2013.

              Respectfully submitted,

              Six Star Holdings, LLC, and
              Ferol, LLC,

Plaintiffs
By

THE JEFF SCOTT OLSON LAW FIRM, S. C.
ATTORNEYS FOR PLAINTIFF
Jeff Scott Olson
State Bar Number 1016284
131 West Wilson Street, Suite 1200
Madison, Wisconsin 53703
Phone   (608) 283-6001
Fax     (608) 283-0945
Email   JSOlson@scofflaw.com

/s/ Jeff Scott Olson
_____
Jeff Scott Olson

**Certificate of Service**

I hereby certify that on Tuesday, November 19, 2013, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the following: Assistant City Attorneys Adam B. Stephens and Stuart Mukamal, Attorneys for the Defendants.

/s/ Jeff Scott Olson
_____
Jeff Scott Olson