UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

SIX STAR HOLDINGS, LLC and
FEROL, LLC

        Plaintiffs,

v.                                             Case No. 10-C-893

CITY OF MILWAUKEE,

        Defendant.

---

## STIPULATION TO REVISE PRETRIAL SCHEDULE
## REGARDING EXPERT DISCOVERY

---

The Defendant, City of Milwaukee, by its attorneys, Grant F. Langley, City Attorney, by Adam B. Stephens, Assistant City Attorney, and plaintiffs, through their attorneys, Jeff Scott Olson Law Firm, S.C., by Attorney Jeff Scott Olson, hereby requests that the court revise the pretrial schedule in the above-captioned case by extending the deadline on which the defendant's expert's report is due from March 17, 2014 until April 25, 2014, and that the deadline for the close of expert discovery be changed from June 1, 2014 until June 15, 2014. Counsel for the defendant has been authorized by counsel for the plaintiff to indicate in this stipulated motion that the plaintiffs have no objection and join the request.

Dated this 13th day of March, 2014.

                                      GRANT F. LANGLEY

                                      City Attorney

                                      s/Adam B. Stephens
                                      ADAM B. STEPHENS
                                      State Bar No. 1033108
                                      Assistant City Attorney
                                      Attorney for Defendant
                                      City of Milwaukee

ADDRESS:
800 City Hall
200 East Wells Street
Milwaukee, WI  53202
Telephone: (414) 286-2601
Fax: (414) 286-8550
asteph@milwaukee.gov
201160/1081-2010-2885