UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

SIX STAR HOLDINGS, LLC
and FEROL, LLC
        Plaintiffs,

   v.                                     Case No. 10CV893

CITY OF MILWAUKEE
        Defendant.

---

## ORDER

**IT IS ORDERED** that a telephonic status conference will be held on **July 17, 2014 at 11:00 a.m.** The court will initiate the call.

Dated at Milwaukee, Wisconsin, this 9th day of July 2014.

                        s/ Lynn Adelman
                        _____
                        LYNN ADELMAN
                        District Judge