# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**SIX STAR HOLDINGS LLC, et al.,**
        **Plaintiffs,**

v.                                                **Case No. 10-C-0893**

**CITY OF MILWAUKEE,**
        **Defendant.**

---

## ORDER

**IT IS ORDERED** that:

1. Any remaining discovery in this case shall be completed by **November 26, 2014**.

2. a. On **December 22, 2014, at 1:30 p.m.**, a final pretrial conference will be held in Room 364 of the United States Courthouse, 517 East Wisconsin Avenue, Milwaukee, Wisconsin, pursuant to Civil L.R. 16(b).

   b. All parties shall prepare and file pretrial reports in accordance with Civil L.R. 16(c). Each proposed instruction on the substantive issues shall be submitted on a separate page, with its source clearly noted at the bottom.

3. Counsel are expected to arrive at stipulations that will save time during the trial. Such stipulations must include stipulated admissibility of all exhibits upon which agreement is possible.

4. This case will be called for a jury trial on **January 12, 2015, at 10:00 a.m.**

Dated at Milwaukee, Wisconsin, this 17th day of July, 2014.

                                              s/ Lynn Adelman
                                              _____
                                              LYNN ADELMAN
                                              District Judge