UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Six Star
            Plaintiff,

v.                                      Case No. 10CV893

City of Milwaukee
            Defendant.

## COURT MINUTES OF CONFERENCE

Judge Lynn Adelman, presiding
Time Commenced: ~~11:00 am~~ 11:23am
Deputy Clerk: _____

Date: 7/17/14
Concluded: 11:30 am
Court Reporter: _____

APPEARANCES:

Plaintiff: Jeff Scott Olson       608/283-6001
           Sarah Crandall

Defendant: Adam Stephens          286-2601

Nature of Conference: status conf.        [X] Telephonic

Notes:
- Jury trial set for 1/12/15 at 10:00 am
- Final pretrial set for 12/22/14 at 1:30pm
- Any remaining discovery to be completed by 11/26/14