# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

Six Star

Plaintiff,

v.                                    Case No. 10CV893

City of Milwaukee

Defendant.

## COURT MINUTES OF CONFERENCE

Judge Lynn Adelman, presiding  
Time Commenced: 11:42 am  
Deputy Clerk: MSO  

Date: 10/2/14  
Concluded: 11:46 am  
Court Reporter: —

APPEARANCES:

Plaintiff: Sarah Crandall          608/283-6001

Defendant: Adam Stephens           350-5206 *

Nature of Conference: Status conf.          ☒ Telephonic

Notes:

Scheduling order of 7/17/14 is modified as follows:
1. Final pretrial conference is moved to 1/23/15 at 1:00 pm.
2. Jury trial moved to 2/17/15 at 10:00 am

* today only