UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

SIX STAR HOLDINGS, LLC and
FEROL, LLC

    Plaintiffs,

v.                Case No. 10-C-893

CITY OF MILWAUKEE,

    Defendant.

## CITY OF MILWAUKEE'S DISCLOSURE OF EXPERT WITNESS

PLEASE TAKE NOTICE that, pursuant to the provisions of Rule 26(a)(2) of the Federal Rules of Civil Procedure, the City of Milwaukee, by its attorneys, Grant F. Langley, City Attorney by Adam B. Stephens, Assistant City Attorney, disclose that the following individual may provide testimony at trial under Rules 702, 703 or 705 of the Federal Rules of Evidence:

    Paul Rodrigues
    Chortek LLP
    N16 W23217 Stone Ridge Drive, Suite 350
    Waukesha, WI  53188

A written report prepared and signed by Mr. Rodrigues is attached. This report includes a copy of Mr. Rodrigues' curriculum vitae, his testimonial experience, and compensation for his services and testimony as an expert witness, and his opinions and information relied upon.

Dated at Milwaukee, Wisconsin, this 16th day of January, 2015.

                        GRANT F. LANGLEY
                        City Attorney

                        s/Adam B. Stephens
                        ADAM B. STEPHENS
                        State Bar No. 1033108
                        Assistant City Attorney
                        Attorney for Defendant
                        City of Milwaukee

ADDRESS:
800 City Hall
200 East Wells Street
Milwaukee, WI 53202
Telephone: (414) 286-2601
Fax: (414) 286-8550
asteph@milwaukee.gov
204920/1081-2010-2885