# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

Six Star Holdings, LLC,
and Ferol, LLC,

        v.                            Case No. 2:10-cv-893

City of Milwaukee

## DECLARATION OF SARAH FUREY CRANDALL
___

      I, Sarah Furey Crandall, do declare, under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

      1.     My name is Sarah Furey Crandall; I am employed by The Jeff Scott Olson Law Firm, S. C., the attorney representing the plaintiffs in this case as trial consultant.

      2.     As such I have often been the person from our office who is in contact with opposing counsel throughout this case.

      3.     Attached as Exhibit A is a true and correct copy of the Plaintiffs' Supplemental Rule 26(a)(1) Disclosures Relevant to Damages that were prepared in our office on April 21, 2014.

4. I emailed those disclosures to defense counsel on April 21, 2014. Attached as Exhibit B is a true and correct copy of my email to him and his April 24, 2014 response to me, acknowledging receipt of the disclosures.

**CERTIFICATION**

I, Sarah Furey Crandall, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing statements are true and correct.

I have executed this Declaration on February 6, 2015.

Signed at Madison, Wisconsin:

/s/ Sarah Furey Crandall
_____
Sarah Furey Crandall

**Certificate of Service**

I hereby certify that on Friday, February 06, 2015, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the following: Assistant City Attorneys Adam B. Stephens and Stuart Mukamal, Attorneys for the Defendants, and I hereby certify that I have mailed the document by United States Postal Service first class mail to the following non ECF participants: the Honorable Lynn Adelman.

/s/ Jeff Scott Olson
_____
Jeff Scott Olson