# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN

SIX STAR HOLDINGS, LLC
and FEROL, LLC,

    Plaintiffs,

    v.                                                         Case No. 10-cv-893

CITY OF MILWAUKEE,

    Defendant.

## MOTION FOR A SUPPLEMENTAL AWARD
## OF ATTORNEYS' FEES, COSTS AND EXPENSES

The Plaintiffs, by their attorneys, The Jeff Scott Olson Law Firm, S.C., by Jeff Scott Olson, hereby move for an award of attorneys' fees and expenses pursuant to the Civil Rights Attorneys' Fees Awards Act of 1976, 42. U.S.C. § 1988 and pray the Court to award them costs and reasonable attorneys' fees in this matter, including out-of-pocket expenses, all covering legal services rendered by counsel on his behalf from the cutoff date of the original fee application, February 28, 2015, through the present time.

    1.    The lodestar fees and expenses for this period are set forth in the following table:

# Table of Lodestar Fees and Expenses

| Staff | Hours | Rate | Lodestar |
|---|---|---|---|
| **JSO** | 52.2 | $575.00 | $30,015.00 |
| **AJF** | 0 | $350.00 | $0.00 |
| **SFC** | 5.7 | $385.00 | $2,194.50 |
| **Clerks/Paralegals** | 0 | $155.00 | $0.00 |
| **Total Lodestar** | | | $32,209.50 |
| **Expenses** | | | $505.00 |
| **Total Lodestar Fees Plus Expenses** | | | $32,714.50 |

  2. "Billing judgment," has been exercised by counsel for the Plaintiff in this case in that "hours that are excessive, redundant, or otherwise unnecessary," have been eliminated from the itemization of hours for which compensation is sought, " just as a lawyer in private practice ethically is obligated to exclude such hours from his fee submission." *Hensley v. Eckerhart*, 461 U.S. 424, 434 (1983). A schedule of time for which compensation is not sought is attached to the Declaration of Jeff Scott Olson filed herewith.

  9. The Plaintiffs are entitled to be awarded attorneys' fees for reasonable time spent submitting, supporting and defending their original application for an award of attorneys' fees in this case. "[I]f the statutory prerequisites for an award of fees for prevailing in the case are satisfied, the award presumptively encompasses services for fee litigation." *Comm'r, I.N.S. v. Jean*, 496

U.S. 154, 157 (1990). Thus, fees and costs incurred in preparing a fee petition are recoverable. *Lightfoot v. Walker*, 826 F.2d 516, 525 (7th Cir. 1987)(affirming award of fees for all 198.3 hours claimed for work in fee litigation.)

WHEREFORE, the Plaintiff respectfully requests that this motion be granted and that the Court enter an order awarding the Plaintiff the sum of $453,782.07 in attorneys' fees and expenses.

Dated this Monday, June 15, 2015.

Respectfully submitted,

Six Star Holdings, LLC, and Ferol, LLC,

Plaintiffs,

By

THE JEFF SCOTT OLSON LAW FIRM, S.C.
JEFF SCOTT OLSON
State Bar Number 1016284
131 West Wilson Street, Suite 1200
Madison, WI 53703
Phone        608/283-6001
Fax          608/283-0945
Email:       jsolson@scofflaw.com

/s/ Jeff Scott Olson
_____

Jeff Scott Olson
ATTORNEY FOR PLAINTIFFS

### Certificate of Service

I hereby certify that on Monday, June 15, 2015, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to the following: Assistant City Attorneys Adam B. Stephens and Stuart Mukamal, Attorneys for the Defendant, and I hereby certify that I have mailed by United States Postal Service the document to the following non ECF participants: none.

/s/ Jeff Scott Olson